UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund</u>

Debtor: Michael A. Porter and Cathy L. Porter
Chapter 7 Case No. 08-46070

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chase Bank USA NA<br>c/o Creditors Bky Serv<br>PO Box 740933<br>Dallas, TX 75374 | 4 | 723.20 | 3.64 |

Date: September 13, 2010

_____
Trustee

RECEIVED BY MAIL
SEP 17 2010
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

RECEIVED 10 SEP 17 PM 3:40 U.S. BANKRUPTCY COURT ST. PAUL, MN

#2740